# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2773
_____

PATRICK H. STENSTROM,

    Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


February 12, 2025


PER CURIAM.

DISMISSED. *See Perez v. Jones,* 174 So. 3d 1088 (Fla. 1st DCA 2015) (holding that an appeal from the denial of a petition for writ of mandamus is civil in nature and therefore not subject to a petition for belated appeal brought under rule 9.141(c), Florida Rules of Appellate Procedure).

LEWIS, BILBREY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Patrick H. Stenstrom, pro se, Petitioner.

Attorney General, Tallahassee, for Respondent.